# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO

CRIMINAL PROCEDURAL

RULES COMMITTEE

:  No. 459
:
:  CRIMINAL PROCEDURAL RULES
:  DOCKET
:

## **O R D E R**

**PER CURIAM:**

AND NOW, this 18th day of December, 2014, the Honorable Margherita Patti Worthington, Monroe County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of three years.